UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK
KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
GMM 9453
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIEDMAN, P.A., <br><br>Petitioners, <br><br>v. <br><br>TOMAE CONSTRUCTION, CORP., KEY CONTRACTING, LLC., APPLE CORING & SAWING, LLC., ED WEAN DRILLING AND BLASTING, P. BARRETO, INC., FIELDSTONE CONTRACTING, LLC., CROSSROAD CONSTRUCTION, CORP., and FONDACARO FENCING. <br><br>Respondents. | HON. HAROLD A. ACKERMAN <br> CIVIL ACTION NO.: 05-3219 <br><br><br><br>**ORDER** |

The above application for special appointment to serve process is GRANTED.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Federal Rule of Civil Procedure 4(G) filed with the Clerk together with the original process.

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1080.1.doc

IT IS FURTHER ORDERED that entry hereof implies no ruling of the validity of such service.

Dated: 6/20/07                         _Charlie Sanders_
                                       DEPUTY CLERK

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1080.1.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY



ZAZZALI, FAGELLA, NOWAK
KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
GMM 9453
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIEDMAN, P.A.,<br><br>Petitioners,<br>v.<br><br>TOMAE CONSTRUCTION, CORP., KEY CONTRACTING, LLC., APPLE CORING & SAWING, LLC., ED WEAN DRILLING AND BLASTING, P. BARRETO, INC., FIELDSTONE CONTRACTING, LLC., CROSSROAD CONSTRUCTION, CORP., and FONDACARO FENCING.<br><br>Respondents. | HON. HAROLD A. ACKERMAN<br>CIVIL ACTION NO.: 05-3219<br><br><br><br><br><br>**MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS** |

MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS (General Rule 9C and FR Civ. P. 4(c))

Application is hereby made for an Order appointing Genevieve M. Murphy-Bradacs or her designee to serve the Writ of Execution in this action and it is represented that:

1. The person named is competent and is at least 19 years old.

2. The person named will not be a party to this action.

3. Substantial time and expense will be saved by not using the United States Marshall or his deputy for this purpose.

Dated:     June 18, 2007

_____
Genevieve M. Murphy-Bradacs

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW